**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
NAACP LEGAL DEFENSE AND
EDUCATIONAL FUND, INC.,

                Plaintiff,                20 **CIVIL** 5170

     -against-                  **JUDGMENT**

RESTORBIO, INC., JEFFREY A.
CHODAKEWITZ, PAUL FONTEYNE,
MICHAEL GRISSINGER, CHEN SCHOR,
JONATHAN SILVERSTEIN, DAVID
STEINBERG, and LYNNE SULLIVAN,
                Defendants.
------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 2, 2020, defendants' motion for summary judgment is GRANTED and plaintiff's motion for in camera review is DENIED; accordingly, the case is closed.

**Dated:**  New York, New York
          September 2, 2020

                                          **RUBY J. KRAJICK**

                                          **Clerk of Court**
                 **BY:**   *K. Mango*
                                          **Deputy Clerk**